USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/09/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HILDA MARGARITA ACOSTA CUEVAS,

                               Plaintiff,                          20CV502 (AJN) (KHP)

                 -against-                          **ORDER SCHEDULING CASE
                                                                             MANAGEMENT CONFERENCE**

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION.

                              Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic Case Management conference in this matter is hereby scheduled for

**Thursday, September 24, 2020 at 10:00 a.m.**   Counsel is directed to call into the court

conference line at the scheduled time.   **Please dial (866) 434-5269 Code: 4858267.**

      SO ORDERED.

Dated: New York, New York
          September 9, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge