**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HILDA MARGARITA ACOSTA CUEVAS,

                Plaintiff,                      20 **CIVIL** 502 (KMW)(KHP)

      -against-                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 10, 2022, Plaintiff's motion for judgment on the pleadings is granted, and the Commissioner's cross-motion is denied. The case is remanded to the Commissioner for additional proceedings in accordance with the Report; accordingly, the case is closed.

**Dated:**  New York, New York
          March 10, 2022

                                                    **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                                  **BY:**  *K. Mango*

                                                        **Deputy Clerk**